853 F.2d 1547
 In re Jerry Irwin HOCHMAN, Debtor.
UNITED STATES of America, Plaintiff-Appellee,
v.
Jerry Irwin HOCHMAN, Defendant-Appellant.
 No. 87-8744
Non-Argument Calendar.
 United States Court of Appeals,
Eleventh Circuit.
 Sept. 6, 1988.
 
 Jonathan I. Sbar, Atlanta, Ga., for cross-appellant.
 Myles E. Eastwood, Asst. U.S. Atty., Atlanta, Ga., for cross-appellee.
 Appeal from the United States District Court for the Northern District of Georgia.
 Before TJOFLAT, HILL and FAY, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment appealed is AFFIRMED for the reasons stated by the district court in its Order of July 23, 1987, reported at 89 B.R. 250.